# UNITED STATES DISTRICT COURT

## District of Minnesota

Cindy Esteysi Rodriguez Lopez,

Petitioner,

v.

Kristi Noem, Todd M. Lyons, David Easterwood, Pamela Bondi, Joel Brott, Executive Office for Immigration Review,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-536 PJS/SGE

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner's petition for habeas corpus [ECF No. 1] is GRANTED.
2. The Court DECLARES that petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2).
3. Respondents must release petitioner from custody immediately.
4. The remainder of petitioner's petition is DENIED WITHOUT PREJUDICE.

Date: 1/23/2026

KATE M. FOGARTY, CLERK